United States District Court
Southern District of Texas
**ENTERED**
May 01, 2024
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| Melissa Howze, | § § § | |
| *Plaintiff,* | § § | Case No. 4:23-cv-00061 |
| v. | § § | |
| Kilolo Kijakazi, | § | |
| Acting Commissioner of Social | § | |
| Security Administration, | § § | |
| *Defendant.* | § | |

## FINAL JUDGMENT

In accordance with the Memorandum and Order entered on May 1, 2024 (Dkt. 13), it is hereby **ORDERED** and **ADJUDGED** that the decision of the Commissioner of the Social Security Administration denying Plaintiff Melissa Howze's request for benefits is **AFFIRMED**.

It is further **ORDERED** that this case is **DISMISSED.**

This is a final, appealable judgment.

Signed on May 1, 2024, at Houston, Texas.

_____
Yvonne Y. Ho
United States Magistrate Judge